IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIANA MULLINS | ) | CASE NO: 1:08-cv-01276-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| THE SALVATION ARMY | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Diana Mullins and Defendant The Salvation Army, by their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiffs' Complaint in its entirety, with prejudice, with each side to bear their own costs and attorneys' fees.

Dated: April 6, 2009

Respectfully submitted,

| | |
|---|---|
| THE LAZZARO LAW FIRM, LLC. | CAVITCH, FAMILO, DURKIN & FRUTKIN CO., L.P.A. |
| By: /s/ Anthony J. Lazzaro | By: /s/ Douglas A. DiPalma |
| Anthony J. Lazzaro (#77962) | Douglas A. DiPalma (#29871) |
| 920 Rockefeller Building | Max E. Dehn (#79600) |
| 614 West Superior Avenue | 1717 E. 9th Street, 14th Floor |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44114 |
| Telephone: (216) 696-5000 | Telephone: (216) 621-7860 |
| Facsimile: (216) 696-7005 | Facsimile: (216) 621-3415 |
| E-Mail: Anthony@lazarrolawfirm.com | E-Mail: ddipalma@cfdf.com |
| | E-Mail: mdehn@cfdf.com |
| Attorney for Plaintiff | Attorneys for The Salvation Army. |

5

IT IS SO ORDERED.
S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

APRIL 6, 2009