**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DIANA MULLINS, | ) CASE NO. 1:08CV1276 |
| Plaintiff(s), | ) |
| v. | ) |
| THE SALVATION ARMY, | ) |
| Defendant(s). | ) **J U D G M E N T** |

The Court has filed its ORDER in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE